IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANGEL MCFADDEN WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 23-00284-JB-MU |
| | ) |
| **TRANSUNION, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

This matter is before the Court on the Joint Motion for Judgment on the Pleadings, filed by Defendants Experian Information Solutions, Inc., Equifax Information Services, LLC, and Trans Union, LLC. (Doc. 40). The Court conducted a hearing on March 12, 2024, at which counsel for Plaintiff and Defendants appeared and argued. Upon due consideration of the filings and the oral arguments of the parties, and for the reasons stated on the record of the hearing, the Motion for Judgment on the Pleadings is **GRANTED** as to Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC**,** and **DENIED** as to Defendant Trans Union, LLC.

**DONE and ORDERED** this 13th day of March, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE

1